# EXHIBIT A

US00D641464S

(12) **United States Design Patent**  (10) Patent No.: **US D641,464 S**
De Haan et al.  (45) Date of Patent: ** **Jul. 12, 2011**

(54) **AIR FRESHENER DISPENSER LID**

(75) Inventors: **Timothy De Haan**, Wilington, DE (US); **Kyle Brandenburg**, Middletown, DE (US)

(73) Assignee: **Brandywine Product Group International Inc.**

(**) Term: **14 Years**

(21) Appl. No.: **29/384,783**

(22) Filed: **Feb. 3, 2011**

(51) **LOC (9) Cl.** .................................... **28-99**
(52) **U.S. Cl.** ..................................... **D23/366**
(58) **Field of Classification Search** ......... D23/355–369; D28/5, 6; 261/DIG. 17, DIG. 42, DIG. 65, 261/DIG. 88, DIG. 89; 392/386, 390–395; 239/34, 35, 44–47, 50, 53, 56, 60, 145, 326
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D212,753 S | * | 11/1968 | Tughan .................. | D23/369 |
| 3,748,438 A | * | 7/1973 | Costello ................. | 392/392 |
| D254,930 S | * | 5/1980 | Mandon et al. ......... | D23/369 |
| D254,931 S | * | 5/1980 | Mandon et al. ......... | D23/369 |
| D255,263 S | * | 6/1980 | Mandon et al. ......... | D23/369 |
| D274,837 S | * | 7/1984 | Lynch et al. ........... | D23/364 |
| D555,478 S | * | 11/2007 | Miller et al. ........... | D9/451 |

* cited by examiner

*Primary Examiner* — Sandra Snapp
(74) *Attorney, Agent, or Firm* — Connolly Bove Lodge & Hutz LLP

(57) **CLAIM**

The ornamental design for an air freshener dispenser lid, as shown and described.

DESCRIPTION

FIG. **1** is a right front perspective view of an air freshener dispenser lid on a cylindrical container showing the invention;
FIG. **2** is a top plan view of the air freshener dispenser lid of FIG. **1**;
FIG. **3** is a bottom plan view of the air freshener dispenser lid of FIG. **1**; and,
FIG. **4** is a front elevational view of the air freshener device of FIG. **1**, with the rear elevational view, left side elevational view and right side elevational view being identical thereto. The elements shown in phantom lines are for illustrative purposes only and form no part of the claimed invention.

**1 Claim, 3 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4